UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY AQUINO, individually and on behalf of all others similarly situated, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | 1:22-cv-04267 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On September 23, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 35. The deadline for that filing has now passed and the parties have failed to file the letter. Accordingly, the parties shall file such letter promptly but at least by **October 25, 2022**.

Dated: October 20, 2022
   New York, New York

                SO ORDERED.

                _____
                JENNIFER L. ROCHON
                United States District Judge