```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY AQUINO, individually and on
behalf of all others similarly situated, et al.,

                                 Plaintiffs,                     **22-CV-4267 (KHP)**

                -against-

                                                                 **INITIAL CASE MANAGEMENT**
  UBER TECHNOLOGIES, INC., et al.,                     **CONFERENCE CONVERSION**
                                Defendants.                          **ORDER**
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, February 7, 2023, at 10:00 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

  .

      **SO ORDERED.**

DATED:     New York, New York
              February 6, 2023

                                                       */s/ Katharine H. Parker*
                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge