```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY AQUINO, individually and on
behalf of all others similarly situated, et al.,

                                                         Plaintiffs,

                         -against-

UBER TECHNOLOGIES, INC., et al.,

                                                      Defendants.
-----------------------------------------------------------------X

**22-CV-4267 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the April 3, 2023 case management conference, Plaintiff shall file a status letter with the Court by **April 17, 2023**.

      **SO ORDERED.**

DATED:     New York, New York
                April 4, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge