

Andrew M. Spurchise
900 Third Avenue
New York, New York 10022
(212) 583-9600
aspurchise@littler.com

Joshua C. Vaughn
One PPG
Pittsburgh, PA 15222
412.201.7677
jvaughn@littler.com

May 2, 2025

**VIA ECF**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17-D
New York, NY 10007-1312

**APPLICATION GRANTED**
Hon. Katharine H. Parker, U.S.M.J.
5/5/2025

    Re:    *Aquino v. Uber Technologies, Inc., et al.*, 1:22-cv-04267-KHP
           **Joint Motion Requesting Extension of May 4, 2025 Stipulation of Dismissal Deadline**

Dear Magistrate Judge Parker:

    We represent the Defendants in the above-referenced matter, and write with the consent of Plaintiff's counsel to jointly request a two-week extension of time, from May 4, 2025 to May 19, 2025, for the Parties to file a Stipulation of Dismissal of this action with prejudice. In support of this joint request and Motion, the parties state as follows:

1. On April 4, 2025, this Court entered an Order (ECF 30) dismissing Plaintiff's FLSA claim with prejudice, and ordering the parties to file a stipulation of dismissal with prejudice as to the remaining claims within 30 days of the Order.

2. The current deadline to file a stipulation of dismissal as to the remaining claims is May 4, 2025.

3. A draft Settlement Agreement has been drafted and circulated, and the Parties have been working collaboratively to finalize the terms of their settlement.

4. The parties anticipate being able to finalize and file a stipulation of dismissal within the next two weeks.

5. This is the Parties' first request for an extension of time related to this deadline, and is not being requested for an improper purpose.

6. The Parties jointly request the relief sought.

We thank the Court for its attention to this matter.

Magistrate Judge Katharine H. Parker
May 2, 2025
Page 2

                Respectfully submitted,

                */s/ Andrew M. Spurchise*
                Andrew M. Spurchise
                Littler Mendelson, P.C.
                900 Third Avenue
                New York, New York 10022
                (212) 583-9600
                aspurchise@littler.com

                Joshua C. Vaughn
                Littler Mendelson, P.C.
                One PPG, Pittsburgh, PA 15222
                412.201.7677
                jvaughn@littler.com

                *For the Defendants*

cc:    All counsel of record (via ECF)

4905-9639-1997.1 / 073208.2514